IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

AKI L. WILLIAMS,

Defendant.

INDICTMENT

Case No. 13 CR 112 wmc

21 U.S.C. § 841(a)(1)

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 31, 2013, in the Western District of Wisconsin, the defendant,

AKI L. WILLIAMS,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 2

On or about August 14, 2013, in the Western District of Wisconsin, the defendant,

AKI L. WILLIAMS,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

COUNT 3

On or about August 26, 2013, in the Western District of Wisconsin, the defendant,

AKI L. WILLIAMS,

knowingly and intentionally distributed a mixture or substance containing heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 9/18/2013